IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:12-00158-2 |
| | ) Chief Judge Haynes |
| MARIO JAMAAL HYRNE | ) |
| Defendant. | ) |

## ORDER

The sentencing hearing in this action is set for **Friday, January 11, 2013 at 3:30 p.m.**

It is so **ORDERED**.

ENTERED this the 22nd day of October, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court