IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:12-00158 |
| | ) | Chief Judge Haynes |
| RONALD EUGENE HYRNE, | ) | |
| TIMOTHY EUGENE TAYLOR, JR., | ) | |
| Defendants. | ) | |

## ORDER

The plea hearing in this action is **re-set for Wednesday, December 19, 2012 at 10:00 a.m.**

It is so **ORDERED**.

ENTERED this the 28th day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court