UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 3:12-00158-3 |
| | ) | Chief Judge Haynes |
| TIMOTHY TAYLOR, JR. | ) | |

## MOTION TO CANCEL PLEA HEARING AS TO TIMOTHY TAYLOR, JR.

COMES NOW Defendant Timothy Taylor, Jr., by and through his undersigned counsel, and hereby moves this Honorable Court for the entry of an Order cancelling the Plea Hearing currently set for December 19, 2012 at 10:00 a.m., as to Defendant Taylor. In support hereof, Defendant Taylor states as follows:

1. Pursuant to this Court's Order, Defendant Taylor currently has a plea hearing set for December 19, 2012 at 10:00 a.m. (Docket Entry 46).

2. Defendant Taylor: (1) has only been represented by counsel since October 30, 2012; was not arraigned until November 2, 2012; (3) has not yet had an opportunity to fully evaluate his case with counsel; and, (4) has not yet requested a Plea Hearing in this matter.

**WHEREFORE**, based on the foregoing, Defendant Taylor respectfully requests the entry of an Order cancelling the Plea Hearing currently set for December 19, 2012 at 10:00 a.m., as to Defendant Taylor.

*[handwritten notation: This motion is GRANTED. 12-7-12]*

1